# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| LANA PETTIS and RANDALL PETTIS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:09-cv-606 |
| | ) | (Phillips) |
| BAYER CORPORATION, BAYER | ) | |
| HEALTHCARE PHARMACEUTICALS, | ) | |
| INC., and BAYER HEALTHCARE, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the court on defendants' Motion to Stay Proceedings Pending Transfer to MDL-2100 [Doc. 6]. Defendants request that the court stay proceedings in this action, and vacate all pending dates and deadlines, pending transfer of this action to MDL-2100.

In support, defendants state that the Judicial Panel on Multidistrict Litigation ("JPML") ordered the transfer of thirty-two (32) marketing, sales practices, and products liability actions involving Yasmin and YAZ to MDL-2100. Defendants filed a notice identifying this action as a tag-along to MDL-2100. Further, defendants state that there is no dispute that this action is a tag-along action subject to transfer to the MDL. Plaintiffs do not oppose defendants' motion.

In light of the parties' agreement and for good cause shown, defendants' Motion to Stay Proceedings Pending Transfer to MDL-2100 [Doc. 6] is hereby **GRANTED**. It is further **ORDERED** that all proceedings in this action, including but not limited to any case

1

management and any Rule 26 disclosure obligations, are hereby **STAYED** pending transfer of this action to MDL-2100, established in the Southern District of Illinois and titled *In re Yasmin and YAZ (Drospirenone) Marketing, Sales Practices and Products Liability Litigation*. All pending dates and deadlines are hereby **VACATED**.

       **IT IS SO ORDERED**.

       **ENTER:**

       s/ Thomas W. Phillips
       United States District Judge